**2009–1683. Bryant v. Scooter Store.**

Lucas App. No. L–08–1262, 2009-Ohio-3910. Reported at 123 Ohio St.3d 1523, 2009-Ohio-6487, 918 N.E.2d 526. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

**2009–1727. State v. Zaslov.**

Cuyahoga App. No. 91736, 2009-Ohio-3734. Reported at 123 Ohio St.3d 1524, 2009-Ohio-6487, 918 N.E.2d 526. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents and would grant the motion and accept the appeal.

O'CONNOR, J., dissents and would grant the motion and accept the appeal on Proposition of Law Nos. I and II.

Cupp, J., not participating.

**2009–1735. Engel v. Univ. of Toledo College of Medicine.**

Franklin App. No. 09AP–53, 2009-Ohio-3957. Reported at 123 Ohio St.3d 1524, 2009-Ohio-6487, 918 N.E.2d 526. On motion for reconsideration. Motion granted and discretionary appeal accepted.

O'CONNOR, J., dissents.

**2009–1743. Huntsman v. State Bd. of Edn.**

Stark App. No. 2008CA00220, 2009-Ohio-4282. Reported at 123 Ohio St.3d 1524, 2009-Ohio-6487, 918 N.E.2d 526. On motion for reconsideration. Motion denied.

**2009–1789. Langan v. Clancy.**

In Mandamus. Reported at 123 Ohio St.3d 1521, 2009-Ohio-6487, 918 N.E.2d 524. On motion for reconsideration. Motion denied.

**2009–1845. State v. Kasunick.**

Lake App. No. 2008–L–056, 2009-Ohio-4449. Reported at 123 Ohio St.3d 1525, 2009-Ohio-6487, 918 N.E.2d 526. On motion for reconsideration. Motion granted to the following extent: Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., and O'CONNOR and LANZINGER, JJ., dissent.

**2009–1848. Campbell v. Bowersock.**

Allen App. No. 1–09–39, 2009-Ohio-1833. Reported at 123 Ohio St.3d 1525, 2009-Ohio-6487, 918 N.E.2d 526. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*February 10, 2010*

[Cite as *02/10/2010 Case Announcements #2*, 2010-Ohio-430.]

# MOTION AND PROCEDURAL RULINGS